IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEITH EDWARD MOSS,           ) | |
|     Plaintiff,           ) | Case No. 7:21-cv-00234 |
|                ) | |
| v.           ) | |
|                ) | By: Michael F. Urbanski |
| CHIEF RYAN ZUIDEMA, et al.,  ) | Chief United States District Judge |
|     Defendants.           ) | |

## MEMORANDUM OPINION

Plaintiff Keith Edward Moss, a state pretrial detainee proceeding pro se, filed this civil action under 42 U.S.C. § 1983 against the City of Lynchburg, various individuals employed by or affiliated with the City of Lynchburg Police Department, and an attorney. By order entered September 3, 2021, the court notified Moss that his amended complaint contained misjoined claims and defendants. See ECF No. 9. The court advised Moss that in order to proceed with this action, he must file a second amended complaint within 30 days. The court expressly warned Moss that failure to file a second amended complaint may result in dismissal of the case.

Despite receiving an extension of time, Moss has not filed a second amended complaint or had any further communication with the court. He has not complied with the court's order and the time for doing so has expired. Accordingly, the court will dismiss the action without prejudice. An appropriate order will be entered.

Entered: December 3, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.12.03 13:29:04 -05'00'

Michael F. Urbanski
Chief United States District Judge